Melissa A. Fortunato (SBN 319767)
  fortunato@bespc.com
Marion C. Passmore (SBN 228474)
  passmore@bespc.com
BRAGAR EAGEL & SQUIRE, P.C.
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071
Telephone: (213) 612-7735
Facsimile: (212) 214-0506

*Attorneys for Plaintiff*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLA CIUFFO, derivatively on behalf of OLAPLEX HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHRISTINE DAGOUSSET, DEIRDRE FINDLAY, TRICIA GLYNN, JANET GURWITCH, MARTHA MORFITT, DAVID MUSSAFER, ERIC TIZIANI, TIFFANY WALDEN, EMILY WHITE, MICHAEL WHITE, JUE WONG, PAULA ZUSI, and ADVENT INTERNATIONAL CORPORATION, <br><br> Defendants, <br><br> and <br><br> OLAPLEX HOLDINGS, INC., <br><br> Nominal Defendant. | Case No.: 2:23-cv-09712-SVW-SK <br><br> **ORDER GRANTING JOINT STIPULATION TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS, APPOINT CO-LEAD COUNSEL FOR PLAINTIFFS, AND APPLY THE EXISTING STAY TO THE CONSOLIDATED ACTION** |

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS, APPOINT CO-LEAD COUNSEL FOR PLAINTIFFS, AND APPLY THE EXISTING STAY TO THE CONSOLIDATED ACTION

GWYNETH HUTCHINSON, derivatively on behalf of OLAPLEX HOLDINGS, INC.

          Plaintiff,

    v.

ADVENT INTERNATIONAL CORPORATION, CHRISTINE DAGOUSSET, DEIRDRE FINDLAY, TRICIA GLYNN, JANET GURWITCH, MARTHA MORFITT, DAVID MUSSAFER, ERIC TIZIANI, TIFFANY WALDEN, EMILY WHITE, MICHAEL WHITE, JUE WONG, And PAULA ZUSI,

          Defendants,

   and

OLAPLEX HOLDINGS, INC.,

          Nominal Defendant.

Case No.: 2:24-cv-02364-SVW-SK

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS, APPOINT CO-LEAD COUNSEL FOR PLAINTIFFS, AND APPLY THE EXISTING STAY TO THE CONSOLIDATED ACTION

On April 19, 2024, the Parties filed a Joint Stipulation to Consolidate Related Shareholder Derivative Actions, Appoint Co-Lead Counsel For Plaintiffs, and Apply the Existing Stay to the Consolidated Action (the "Stipulation") requesting that the Court consolidate the above-captioned shareholder derivative actions (the "Derivative Actions"), appoint co-lead counsel for plaintiffs, and apply the existing stay in *Ciuffo v. Dagousset, et al.*, 2:23-cv-09712-SVW-SK (ECF No. 18) (the "Stay Order") to the consolidated action.

The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1.    The Stay Order is temporarily lifted for the limited purpose of the filing of, and this Court's ruling on, the Stipulation and [Proposed] Order.

2.    Defendants hereby accept service of the summons and complaint in the *Hutchinson* Action without waiver of any rights or defenses except as to sufficiency of service.[1]

3.    The Derivative Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, into the Consolidated Derivative Action.

4.    Every pleading filed in the Consolidated Derivative Action, or in any separate action later consolidated with this action, shall bear the following caption:

---

[1] Any capitalized terms herein shall have the same meaning as set forth in the Stipulation.

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS, APPOINT CO-LEAD COUNSEL FOR PLAINTIFFS, AND APPLY THE EXISTING STAY TO THE CONSOLIDATED ACTION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OLAPLEX HOLDINGS, INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No.: 2:23-cv-09712-SVW-SK |
| This Document Relates To: | |
| ALL ACTIONS. | |

5. The files of the Consolidated Derivative Action shall be maintained in one file under Master File No. 2:23-cv-09712-SVW-SK. All documents previously filed and/or served in the Derivative Actions shall be deemed a part of the record in the Consolidated Derivative Action.

6. This Order shall apply to each related purported shareholder derivative action asserting claims derivatively on behalf of Olaplex ("Potential Subsequent Related Derivative Actions") that is filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court. When a case which properly belongs as part of *In re Olaplex Holdings, Inc. Stockholder Derivative Litigation*, Lead Case No. 2:23-cv-09712-SVW-SK, is hereafter filed in, removed to, reassigned to, or transferred to this Court, counsel for the Parties shall call such filing, removal, reassignment, or transfer to the attention of the Clerk of the Court for purposes of moving the Court for an order consolidating such case(s) with *In re Olaplex Holdings, Inc. Stockholder Derivative Litigation*, Lead Case No. 2:23-cv-09712-SVW-SK. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Derivative Action shall apply to Potential Subsequent Related Derivative Actions filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, and all Potential Subsequent

2

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS, APPOINT CO-LEAD COUNSEL FOR PLAINTIFFS, AND APPLY THE EXISTING STAY TO THE CONSOLIDATED ACTION

Related Derivative Actions filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court shall be consolidated into the Consolidated Derivative Action.

7.    Co-Lead Counsel for plaintiffs for the conduct of the Consolidated Derivative Action shall be:

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
tbrown@thebrownlawfirm.net

**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato (SBN 319767)
Marion C. Passmore (SBN 228474)
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071
Telephone: (213) 612-7735
Facsimile: (212) 214-0506
fortunato@bespc.com
passmore@bespc.com

8.    Plaintiffs' Co-Lead Counsel shall have the sole authority to speak for plaintiffs in the Consolidated Derivative Action in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

9.    Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs in the Consolidated Derivative Action.  No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

3

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS, APPOINT CO-LEAD COUNSEL FOR PLAINTIFFS, AND APPLY THE EXISTING STAY TO THE CONSOLIDATED ACTION

10.    Defendants' counsel may rely upon all agreements made with counsel of record from either Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

11.    The Stipulation is without prejudice to any and all defenses Defendants may assert in this or any of the above-referenced actions and without prejudice to any and all claims Plaintiffs may assert.

12.    The Stay Order in the *Ciuffo* Action will apply to the Consolidated Derivative Action.

**IT IS SO ORDERED.**

Dated:   June 26, 2024

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

4

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS, APPOINT CO-LEAD COUNSEL FOR PLAINTIFFS, AND APPLY THE EXISTING STAY TO THE CONSOLIDATED ACTION