Melissa A. Fortunato (SBN 319767)
BRAGAR EAGEL & SQUIRE, P.C.
515 South Flower Street, Suite 1800
Los Angeles, CA 90071
Telephone: (213) 612-7735
Facsimile: (212) 214-0506
Email: fortunato@bespc.com

*Co-Lead Counsel for Consolidated Plaintiffs*

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OLAPLEX HOLDINGS, INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No.: 2:23-cv-09712-SVW-SK |
| This Document Relates To:<br><br>ALL ACTIONS. | **PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT, ATTORNEYS' FEE AND EXPENSE AMOUNT, AND SERVICE AWARDS**<br><br>Date: July 27, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 10A |

PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT, ATTORNEYS' FEE AND EXPENSE AMOUNT, AND SERVICE AWARDS

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 27, 2026, at 1:30 p.m., pursuant to Fed. R. Civ. P. 23.1(c), the Stipulation and Agreement of Settlement dated April 24, 2026 (the "Stipulation"),[1] and the Preliminary Approval Order (Dkt. No. 39), Plaintiffs Carla Ciuffo ("Ciuffo") and Gwyneth Hutchinson ("Hutchinson" and, together with Ciuffo, the "Consolidated Plaintiffs") in the above-captioned consolidated shareholder derivative action will and hereby do move this Court for an order: (i) granting final approval to the proposed Settlement; (ii) granting the agreed-to Fee and Expense Amount and Service Awards; and (iii) entering the [Proposed] Order and Final Judgment reflected in Exhibit D to the Stipulation and submitted herewith.

In support of this Motion, the Consolidated Plaintiffs rely upon the Stipulation, the accompanying Memorandum of Points and Authorities in Support of Plaintiffs' Unopposed Motion for Final Approval of Settlement, Attorneys' Fee and Expense Amount, and Service Awards, the accompanying Declaration of Timothy Brown (together with its exhibits), and all prior pleadings and proceedings.

This Motion is made pursuant to L.R. 7-3, as counsel for the Parties met and conferred on June 24-29, 2026, to discuss this Motion.  Defendants do not oppose the relief sought in this Motion.

Dated: June 29, 2026

Respectfully submitted,
**BRAGAR EAGEL & SQUIRE, P.C.**

/s/*Melissa A. Fortunato*
Melissa A. Fortunato
515 South Flower Street, Suite 1800

---

[1] Unless noted otherwise, all capitalized terms used herein shall have the same meaning as set forth in the Stipulation, which was submitted to the Court, together with its exhibits, on April 24, 2026.  Dkt. No. 35-2.

- 1 -

PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT, ATTORNEYS' FEE AND EXPENSE AMOUNT, AND SERVICE AWARDS

Los Angeles, CA 90071
Telephone: (213) 612-7735
Facsimile: (212) 214-0506
Email:  fortunato@bespc.com

**THE BROWN LAW FIRM, P.C.**
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@gmail.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
1350 Avenue of the Americas, Suite 1200
New York, NY 10019
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Consolidated Plaintiffs*

- 2 -
PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF
SETTLEMENT, ATTORNEYS' FEE AND EXPENSE AMOUNT, AND SERVICE AWARDS